```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 04453
   CONSTANCE RUCKER
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-1638


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/27/08 .

   2.  The case was dismissed without confirmation, 05/16/2008.

--------------------------------------------------------------------------
CREDITOR NAME           CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
HOMECOMINGS FINANCIAL NE CURRENT MORTG        .00            .00            .00
APPLIED CARD BANK        UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE CORP    UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE CORP    UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE CORP    UNSECURED       NOT FILED           .00            .00
FIA CARD SERVICES        UNSECURED       NOT FILED           .00            .00
CALVARY PORTFOLIO SERVIC UNSECURED       NOT FILED           .00            .00
FORD MOTOR CREDIT CO     UNSECURED       NOT FILED           .00            .00
HSBC                     UNSECURED       NOT FILED           .00            .00
JJ MARSHALL              UNSECURED       NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE   UNSECURED       NOT FILED           .00            .00
MIDLAND CREDIT MGMT      UNSECURED       NOT FILED           .00            .00
MIDSTATE COLLECTION      UNSECURED       NOT FILED           .00            .00
REMEX INC                UNSECURED       NOT FILED           .00            .00
SALLIE MAE EDUCATIONAL C UNSECURED             .00           .00            .00
UNITED COMPUCRED         UNSECURED       NOT FILED           .00            .00
        Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00           .00           .00
PRINCIPAL PAID        .00          .00          .00           .00           .00
INTEREST PAID         .00          .00          .00           .00           .00
TOTAL PAID            .00          .00          .00           .00           .00
The Debtor's attorney, POMPER & GOODMAN              , was allowed $       .00
and was paid $         .00 .

The Trustee received $           .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 08/20/08                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 08 B 04453 CONSTANCE RUCKER
```